UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-21483

YOANDRY DUENAS,

    Plaintiff,

v.

DANNY TRANS, INC. and
BERANE, INC.,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, DANNY TRANS, INC. and BERANE, INC. ("Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and the Local Rules of the United States District Court for the Southern District of Florida, Miami Division, hereby remove this case, pending as Case No. 2016-004860-CA-01 in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, and as grounds for removal, state as follows:

1. On February 28, 2017, Plaintiff YOANDRY DUENAS filed a lawsuit against Defendants, DANNY TRANS, INC. and BERANE, INC., which is presently pending in the Circuit Court for the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida (the "State Court Action"), alleging the following causes of action:

    a. Count I – Minimum Wage Violations;
    b. Count II – Violation of 29 U.S.C. §215(a)(3);
    c. Count III – Owed Wages; and
    d. Count VI – FDUTPA Violations.

2. Plaintiff served Defendant, DANNY TRANS, INC., with the Summons and Complaint in the State Court Action on March 21, 2017.

3. Plaintiff served Defendant, BERANE, INC., with the Summons and Complaint in the State Court Action on March 21, 2017.

4. Neither Defendant filed an appearance in the State Court Action.

5. The Complaint alleges that from April 2016 through February 10, 2017, Plaintiff worked for Defendants as a driver making deliveries throughout the United States. (Complaint at ¶ 2). Plaintiff further alleges that during that time:

   a. Defendants failed to compensate him at a rate satisfying the minimum wage for all hours worked in violation of the Fair Labor Standards Act, 28 U.S.C. §201 *et seq*. (the "FLSA") by paying Plaintiff less than the minimum wage or nothing at all for deliveries that he made while employed by Defendants (*Id*. at ¶ 4, 7-18);

   b. Defendants fired him in retaliation for complaining to Defendants' management that he was not being paid the minimum wage in violation of the FLSA (*Id*. at ¶¶ 19-23);

   c. Defendants did not pay him for all work performed (*Id*. at ¶¶ 24-26); and

   d. Defendants violated Florida's Deceptive and Unfair Trade Practices Act, Fla. Stat. §501.201 *et seq*. and Florida's Motor Vehicle Retail Sales Finance Act, Fla. Stat. §520.01 *et seq*., in the sale and/or financing of a truck to the Plaintiff (*Id*. at ¶¶ 19-36).

6. Defendants remove this case based on federal question jurisdiction pursuant to 28 U.S.C. §§1331 and 1441.

7. This Notice of Removal is timely and proper pursuant to 28 U.S.C. §1446.

**BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION**

8. Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a State court of

7300 N. Kendall Drive, Suite 450, Florida 33156
TEL 305.230.4884   FAX 305.230.4844
brian@fairlawattorney.com www.fairlawattorney.com

which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Further, 28 U.S.C. §1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

9. This Court has original jurisdiction over Plaintiff's FLSA claims under 28 U.S.C. §1331 because those claims arise under federal law. *See* 28 U.S.C. §§1331, 1441(a).

10. This Court has pendent/supplemental jurisdiction over Plaintiff's state-law claims pursuant to 28 U.S.C. §1367(a) because all claims in this Action form part of the same case or controversy, and the Florida state-law claims may be removed in conjunction with Plaintiff's federal law claims under 28 U.S.C. §1441(c) and properly considered herein.

## DEFENDANTS COMPLIED WITH 28 U.S.C. §1446

11. The State Court Action was commenced within the judicial district of the United States District Court for the Southern District of Florida, Miami Division.

12. All pleadings in the State Court action are attached to this Notice of Removal as Exhibit "A", in compliance with 28 U.S.C. §1446(a).

13. This Notice of Removal is being filed with this Court within 30 days after each Defendant's receipt of the Summons and Complaint in the State Court Action, in compliance with 28 U.S.C. §1446(b).

14. Promptly after filing this Notice of Removal, Defendants will give written notice of the filing of this Notice of Removal to the Plaintiff and will file a copy of the Notice of Removal with the Clerk of the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County as required by 28 U.S.C. §1446(d).

7300 N. Kendall Drive, Suite 450, Florida 33156
TEL 305.230.4884   FAX 305.230.4844
brian@fairlawattorney.com www.fairlawattorney.com

## CONCLUSION

WHEREFORE, Defendants, DANNY TRANS, INC. and BERANE, INC. notify that this cause has been removed from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division, pursuant to the provisions of 28 U.S.C. §§1446 and the Local Rules of the United States District Court for the Southern District of Florida, Miami Division, and requests that this Court exercise jurisdiction over the matters asserted herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing NOTICE OF REMOVAL on this 20th day of April, 2017, by email and by U.S. Mail on Lawrence J. McGuinness, Esq., McGuinness & Gonzales, P.A., as *Counsel for Plaintiff,* 3126 Center Street, Coconut Grove, Florida 33133.

Respectfully submitted,

FAIRLAW FIRM
*Counsel for Defendants*
7300 N. Kendall Drive
Suite 450
Miami, FL 33156
Tel:   305.230.4884
Fax:   305.230.4844

s/*Brian H. Pollock, Esq.*
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com

4

7300 N. Kendall Drive, Suite 450, Florida 33156
TEL 305.230.4884   FAX 305.230.4844
brian@fairlawattorney.com www.fairlawattorney.com